<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1636**

RAYMOND R. HENDERSON,

        Plaintiff – Appellant,

    v.

VASCO, INC.; ABBOTT'S AUTO SERVICE; EXPEDITED SHIPPING
SOLUTIONS; SUBCONTRACTING CONCEPTS, INC.; TECH PARTS
EXPRESS; QUALITY AUTOMOTIVE WAREHOUSE, INC.; FACTORY PARTS;
UCI WAREHOUSE, CORP.; LABOR FINDERS OF VIRGINIA, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:12-cv-00244-HEH)

Submitted: September 25, 2012    Decided: October 11, 2012

Before GREGORY, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond R. Henderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond R. Henderson appeals the district court's order dismissing this action for want of subject matter jurisdiction. See 28 U.S.C. § 1915(e) (2006); Fed. R. Civ. P. 12(h)(3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Henderson v. Vasco, Inc., No. 3:12-cv-00244-HEH (E.D. Va. Apr. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED